Matthew S. Conant
Lombardi, Loper & Conant
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Tel: 510-433-2600

Jonathan D. Jay, MN Bar #18603X
Nicholas S. Kuhlmann, MN Bar #33750X
Leffert Jay & Polglaze, P.A.
150 South Fifth Street
Suite 1900
Minneapolis, Minnesota 55402
Tel: 612-312-2200
*Admitted Pro Hac Vice*

Attorneys for Defendant
DLI Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blue Marlin Corp., a California corporation, | Case No. C 06-04330 RB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| DLI Inc., a Georgia corporation, and DOES 1 through 10, | [Jury Trial Demanded] |
| Defendants. | |

Plaintiff Blue Marlin Corp. ("Plaintiff") and Defendant DLI Inc. ("Defendant") (collectively, "the Parties") submit the following Stipulation of Dismissal with Prejudice:

1. The Parties hereby jointly stipulate and agree to dismiss with prejudice any and all claims of any kind by and between the Parties hereto related to the above-captioned matter,

-1-

1  pursuant to the terms of the Settlement Agreement and Mutual General Release reached by the
2  Parties on or about March 7, 2007.

3      2.   The Parties jointly stipulate and agree that no further costs, attorneys' fees, contribution, or indemnification may be sought by or from any of the Parties hereto regarding the above-captioned matter.

4      3.   This Stipulation of Dismissal with Prejudice represents a complete resolution of this action by and between the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Parties further agree that judgment of dismissal with prejudice may be entered by the Court pursuant to this Stipulation without further notice.

Dated: 3/14, 2007

R. Randall Riccardo, #224672
299 Kansas St.
San Francisco, CA 94103
Tel: 415-215-2951

**ATTORNEY FOR PLAINTIFF**

Dated: 3/13, 2007

**LEFFERT JAY & POLGLAZE, P.A.**

Jonathan D. Jay, MN Bar #18603X
Nicholas S. Kuhlmann, MN Bar #33750X
150 South Fifth Street, Suite 1900
Minneapolis, Minnesota 55402
Tel: 612-312-2200
*Admitted Pro Hac Vice*

March 16, 2007

-and-

Matthew S. Conant
Lombardi, Loper & Conant
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Tel: 510-433-2600

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA